### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAXINE L. TUCKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-05-0625-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

In this action, plaintiff Maxine Tucker seeks judicial review of a denial of benefits by the Social Security Administration. *See*, 42 U.S.C. § 405(g). On January 31, 2006, Magistrate Judge Robert E. Bacharach issued a Report and Recommendation (doc. no. 25), recommending that, in light of the administrative law judge's failure to evaluate the mental demands of plaintiff's past relevant work, this matter should be reversed and remanded to the Commissioner for further proceedings.

The magistrate judge advised the parties of their right to object to the report by February 20, 2005, and further advised that failure to make timely objection waives the right to appellate review of the suggested ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the Report and Recommendation of the magistrate judge. This matter is **REVERSED** and **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

Dated this 24th day of February, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0625p002.wpd